UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MHARLA SIMMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP, et al.,<br><br>        Defendants. | Case No.  26-cv-00198-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Reeder v. Selene Finance, LP (SF) et al*, 23-cv-5986.

**IT IS SO ORDERED.**

Dated: February 13, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California