**WRIGHT, FINLAY & ZAK, LLP**
Kathryn A. Moorer, Esq. SBN 272801
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050 / Fax: (949) 477-9200
Email: kmoorer@wrightlegal.net

Attorneys for SELENE FINANCE LP and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHARLA SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>SELENE FINANCE LP, ET AL.<br><br>    Defendants. | Case No. 26-cv-00198-TLT<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY [DKT 21-24]** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants SELENE FINANCE LP and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST hereby respectfully requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following document in support of their Opposition to Plaintiff's Motion for Discovery:

1.  Order Granting Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (Real Property) <u>filed</u> November 13, 2025 in U.S. Bankruptcy Court-Northern District, Case No. 25-

41825 and <u>recorded</u> November 14, 2025 in the Alameda County Recorder's Office as Document No. 2025144291, a true and correct copy of which is attached hereto as Exhibit 1.

                                      WRIGHT, FINLAY & ZAK, LLP

Dated: February 18, 2026         By: _____
                                                Kathryn Moorer, Esq.
                                                Attorneys for Defendants SELENE FINANCE LP
                                                and U.S. BANK TRUST NATIONAL
                                                ASSOCIATION, NOT IN ITS INDIVIDUAL
                                                CAPACITY BUT SOLELY AS OWNER
                                                TRUSTEE FOR RCF 2 ACQUISITION TRUST

REQUEST FOR JUDICIAL NOTICE IN SUPPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY [DKT 21-24]

**EXHIBIT "1"**

| | |
|---|---|
| **RECORDING REQUESTED BY:**<br>WRIGHT, FINLAY & ZAK, LLP<br>ARNOLD L. GRAFF, ESQ.<br><br>**WHEN RECORDED MAIL TO:**<br>WRIGHT, FINLAY & ZAK, LLP<br>Arnold L. Graff, Esq.<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>Tele: (949) 477-5050 | 2025144291   11/14/2025 02:52 PM   7 PGS<br>OFFICIAL RECORDS OF ALAMEDA COUNTY<br>MELISSA WILK, CLERK-RECORDER<br>RECORDING FEES: $107.00<br><br><br>**ELECTRONICALLY RECORDED** |

THIS SPACE FOR RECORDER'S USE ONLY

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (REAL PROPERTY)

Entered on Docket
November 13, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: November 13, 2025

*William Lafferty, III* (signature)

William J. Lafferty, III
U.S. Bankruptcy Judge

I certify that this is a true and full copy of the original document now existing among the records of this Court. Edward Emmons, Clerk of Court
Dated 11/14/25
By _____ Deputy Clerk
United States Bankruptcy Court
Northern District of California

| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | ARNOLD L. GRAFF, ESQ. SBN 269170 |
|   | 4665 MacArthur Court, Suite 200 |
|   | Newport Beach, CA 92660 |
| 3 | Tel: (949) 477-5050 |
|   | Facsimile: (949) 477-9200 |
| 4 | agraff@wrightlegal.net |
|   | WFZ #: 281-2025529 |
| 5 | |
|   | Attorneys for Movant. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re:

MHARLA SIMMONS; aka MHARLA REEDER; aka MHARLA ORTEGA,

Debtor.

BK Case No. 25-41825 WJL
R.S. No.: ALG-1
Chapter: 13

**ORDER GRANTING MOVANT'S MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (REAL PROPERTY)**

Hearing:
Date: November 12, 2025
Time: 9:30 am
Crtm: 220 (Hybrid)
Location: United States Bankruptcy Court
1300 Clay Street
Oakland, CA 94612

**ORDER GRANTING MOVANT'S MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(REAL PROPERTY)**

The above-captioned Motion for In Rem Relief from the Automatic Stay of 11 U.S.C § 362(d)(1) and (d)(4) ("Motion")(*See* Dckt. #17), filed by Selene Finance LP servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT

1

1  SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, to enforce its interest
2  in the real property located at **5632 WEAVER PLACE, OAKLAND, CA 94619**, came
3  regularly for hearing on November 12, 2025, at 9:30 AM, in the above-listed chapter 13
4  bankruptcy case of Mharla Simmons ("Debtor"), and was resolved after oral argument in the
5  courtroom of the Honorable William J. Lafferty.
6      Appearances are as noted on the record.
7      Based on the moving papers, the opposition and reply papers, if any, and the arguments
8  of counsel, and for good cause appearing therefore,
9  **IT IS HEREBY ORDERED:**
10     1)     The automatic stay of 11 U.S.C. § 362 is hereby terminated as to Debtor and
11 Debtor's estate, as it applies to Selene Finance LP, as servicer, and to U.S. BANK TRUST
12 NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS
13 OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, and their successors assigns, and
14 agents (collectively, "Movant"), to allow Movant to exercise its non-bankruptcy rights and
15 remedies as to the real property located at 5632 Weaver Place, Oakland, CA 94619 (APN:
16 37A-3142-15; Legal Description Attached as **Exhibit A**) (the "Property"), including but not
17 limited to, the commencement or continuation of a foreclosure sale in accordance with
18 applicable state law and/or the commencement or continuation of an unlawful detainer
19 proceeding and/or any other action necessary to obtain possession of the Property as
20 authorized by state law.
21     2)     Relief from the automatic stay is also granted under 11 U.S.C. § 362(d)(4): if
22 recorded in compliance with applicable state laws governing notices of interests or liens in
23 real property, the order is binding in any other case under this title purporting to affect the
24 Property filed not later than 2 years after the date of the entry of the order by the court, except

2

1   that a debtor in a subsequent case under this title may move for relief from the order based
2   upon changed circumstances or for good cause shown, after notice and hearing.
3      3)   The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of
4   Bankruptcy Procedure ("FRBP") is hereby waived.
5      4)   This Order shall be binding in any and all chapters following any later
6   conversion of this case to a case under a different chapter of Title 11 of the United States
7   Bankruptcy Code.

**END OF ORDER**

3

Case: 25-41825   Doc# 45   Order Granting Movant's Motion for Relief from Filed: 02/25   Entered: 02/25 16:49:19   Page 3 of 6
the Automatic Stay the Automatic Stay



COURT SERVICE LIST

n/a

# Exhibit A

# Exhibit A

# Exhibit A

**Exhibit "A"**

The land referred to in this policy is situated in the **STATE OF CALIFORNIA, COUNTY OF ALAMEDA, CITY OF OAKLAND**, and described as follows:

PARCEL ONE:

PORTION OF THE LAND SHOWN ON RECORD OF SURVEY, PORTION OF AMERICAN TRUST COMPANY PROPERTY, FILED JULY 19, 1947, LICENSED SURVEY BOOK 2, PAGES 37, 38, 39, AND 40, ALAMEDA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF THE CENTER LINE OF DENTON PLACE WITH THE CENTER LINE OF WEAVER PLACE, AS SAID DENTON PLACE AND WEAVER PLACE ARE SHOWN ON SAID RECORD OF SURVEY FROM WHICH SAID POINT THE CENTER OF A CIRCLE HAVING A RADIUS OF 175 FEET BEARS NORTH 44 DEGREES 07' 13" EAST; THENCE RUNNING ALONG SAID CENTER LINE OF WEAVER PLACE, SOUTHEASTERLY ALONG THE CIRCUMFERENCE OF SAID MENTIONED CIRCLE, 50 FEET; THENCE TANGENT TO SAID MENTIONED CIRCLE SOUTH 62 DEGREES 15' EAST 60 FEET; THENCE SOUTHEASTERLY AND TANGENT TO SAID MENTIONED COURSE, ALONG THE ARC OF A CIRCLE; TO THE RIGHT WITH A RADIUS OF 420 FEET, A DISTANCE OF 200.63.5 FEET TO THE ACTUAL POINT OF BEGINNING OF THIS DESCRIPTION, FROM WHICH SAID POINT THE CENTER OF SAID LAST MENTIONED CIRCLE BEAR SOUTH 55 DEGREES 07' 13" WEST; THENCE FROM SAID ACTUAL POINT OF BEGINNING CONTINUING ALONG SAID CENTER LINE OF WEAVER PLACE AND ALONG THE CIRCUMFERENCE OF SAID LAST MENTIONED CIRCLE HAVING A RADIUS OF 420 FEET; A DISTANCE OF 15 FEET; THENCE TANGENT TO SAID LAST MENTIONED CIRCLE SOUTH 32 DEGREES 50' EAST 179 FEET; THENCE LEAVING SAID CENTER LINE OF WEAVER PLACE NORTH 68 DEGREES 14' 35" EAST 217.381 FEET; THENCE NORTH 32 DEGREES 39' 13" WEST 48.657 FEET; THENCE NORTH 36 DEGREES 17' 33" WEST 210 FEET; THENCE SOUTH 50 DEGREES 46' 42" TEST 202.338 FEET TO THE POINT OF BEGINNING. DESIGNATED AS HOMESITE NO. 43.

PARCEL TWO:

AN EASEMENT FOR ROAD, SEWER AND PUBLIC UTILITY PURPOSES APPURTENANT TO AND FOR THE BENEFIT OF PARCEL 1 ABOVE DESCRIBED, OVER AND ALONG ALL THAT PORTION OF WEAVER PLACE (AS SAID WEAVER PLACE IS SHOWN ON THE RECORD OF SURVEY MENTIONED IN PARCEL 1 ABOVE) LYING WITHOUT PARCEL 1 ABOVE DESCRIBED.

Exhibit A

**PROOF OF SERVICE**

I, Debbi Bosman, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the U.S. Postal Service. Such correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On February 18, 2026, I served the within **REQUEST FOR JUDICIAL NOTICE IN SUPPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY [DKT 21-24]** on all parties in this action as follows:

[] by placing [] the original [] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Peter Winkler
Attorney at Law
104-A Main Street
Tiburon, CA 94920
T: 415.435.2677
Email: winklerlaw9@gmail.com
*Attorney for Plaintiff Mharla Simmons*

John C. Steele, Esq.
Tanya C. McCullah, Esq.
17272 Red Hill Avenue
Irvine, California 92614
T: 949-222-1161 / F: 949-221-9500
Email: jsteele@steelellp.com; tmccullah@steelellp.com
*Attorneys for Defendant MTC Financial Inc. dba Trustee Corps*

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2026, at Newport Beach, California.

*Debbi Bosman* (signature)

Debbi Bosman