| | |
|---|---|
| 1 | **WRIGHT, FINLAY & ZAK, LLP** |
| 2 | Kathryn A. Moorer, Esq., SBN 272801 |
|   | 4665 MacArthur Court, Suite 200 |
| 3 | Newport Beach, CA  92660 |
|   | T: (949) 477-5050 / F: (949) 608-9142 |
| 4 | kmoorer@wrightlegal.net |
| 5 | Attorneys for Defendants SELENE FINANCE LP and U.S. BANK TRUST NATIONAL |
| 6 | ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHARLA SIMMONS, | Case No.:  26-cv-00198-TLT |
| Plaintiff, | *Assigned to Honorable Trina L. Thompson* |
| vs. | **REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY AT MOTION HEARINGS** |
| U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as OWNER TRUSTEE for RCF2 ACQUISITION TRUST; SELENE FINANCE, LP; MTC FINANCIAL INC., dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-20 et al; John Doe 1-20 et al & Jane Doe 1-20 et al. | **Hearing:** |
| | Date:    March 12, 2026 |
| | Time:    11:00 a.m. |
| | Ctrm.:   9 – 19th Floor |
| Defendants. | [*Filed concurrently with (Proposed) Order*] |

**TO THIS HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Kathryn A. Moorer, attorney of record for Defendants SELENE FINANCE LP and U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST (collectively "Defendants"), hereby respectfully request to appear remotely at the hearing on Plaintiff's Motion for Reconsideration, Motion for Stay of the Dismissal Pending Appeal, Motion Challenging Jurisdiction, and Petition for Declaration of Due Process/Violation of First Amendment

1  Rights (the "Motions") currently set for March 12, 2026, at 11:00 a.m. in Courtroom 9 - 19th Floor,
2  of the U.S. District Court, Northern District.

3      Grounds for requesting to appear remotely are as follows:

4    1. Plaintiff's Motions were not properly or timely noticed;

5    2. Plaintiff's Motions are frivolous, revive arguments this Court has already rejected and
6       constitute yet another attempt to interfere with Defendants' rights;

7    3. Ms. Moorer's place of business is located in Newport Beach, California;

8    4. Given the shortened notice on the Motions, travel expenses will be significantly higher;

9    5. It would be more economical for Defendants if the Court allows this remote appearance,
10      as appearance via Zoom or telephone will avoid travel costs and expenses that would
11      otherwise be incurred for making a personal appearance; and

12   6. Defendants have already been forced to incur substantial fees in this and related actions,
13      including successive bankruptcies, filed by Plaintiff and the borrower under the loan as
14      set forth in Defendants' prior opposition to Plaintiff's request for injunctive relief and
15      sanctions.

16     Should this Court deny Defendants' request for a remote appearance, Defendants respectfully
17 request that the Court set a briefing schedule and either take the matter under submission or set a
18 continued hearing date at least three weeks out from the filing of this application to allow counsel to
19 make appropriate and less costly travel arrangements.

Respectfully submitted,

**WRIGHT, FINLAY & ZAK, LLP**

Dated: March 6, 2026          By: _____
Kathryn A. Moorer, Esq.
Attorneys for Defendants SELENE FINANCE LP
and U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER TRUSTEE
FOR RCF 2 ACQUISITION TRUST

**PROOF OF SERVICE**

I, Debbi Bosman, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the U.S. Postal Service. Such correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On March 6, 2026, I served the within **REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY AT MOTION HEARINGS** on all parties in this action as follows:

Peter Winkler
Attorney at Law
104-A Main Street
Tiburon, CA 94920
T: 415.435.2677
Email: winklerlaw9@gmail.com
*Attorney for Plaintiff Mharla Simmons*

John C. Steele, Esq.
Tanya C. McCullah, Esq.
17272 Red Hill Avenue
Irvine, California 92614
T: 949-222-1161 / F: 949-221-9500
Email: jsteele@steelellp.com; tmccullah@steelellp.com
*Attorneys for Defendant MTC Financial Inc. dba Trustee Corps*

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2026, at Newport Beach, California.

*Debbi Bosman*
Debbi Bosman