1  **WRIGHT, FINLAY & ZAK, LLP**
2  Kathryn A. Moorer, Esq., SBN 272801
   4665 MacArthur Court, Suite 200
3  Newport Beach, CA  92660
   T: (949) 477-5050 / F: (949) 608-9142
4  kmoorer@wrightlegal.net

5  Attorneys for Defendants SELENE FINANCE LP and U.S. BANK TRUST NATIONAL
6  ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
   TRUSTEE FOR RCF 2 ACQUISITION TRUST

7

8                        UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  MHARLA SIMMONS,<br><br>11              Plaintiff,<br><br>12       vs.<br><br>13<br>14  U.S. BANK TRUST NATIONAL ASSOCIATION,<br>    not in its individual capacity but solely as OWNER<br>15  TRUSTEE for RCF2 ACQUISITION TRUST;<br>    SELENE FINANCE, LP; MTC FINANCIAL INC.,<br>16  dba TRUSTEE CORPS; MORTGAGE<br>    ELECTRONIC REGISTRATION SYSTEMS,<br>17  INC.; and DOES 1-20 et al; John Doe 1-20 et al &<br>    Jane Doe 1-20 et al.<br>18<br>19              Defendants. | Case No.:  26-cv-00198-TLT<br><br>*Assigned to Honorable Trina L. Thompson*<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY AT THE HEARING ON THE MOTIONS SET FOR MARCH 12, 2026**<br><br><u>Hearing:</u><br>Date:    March 12, 2026<br>Time:    11:00 a.m.<br>Ctrm.:   9 – 19th Floor<br><br>[*Filed concurrently with Request*] |

22      The Court, having read and considered the Request to Appear Via Zoom or Telephonically
23  of Defendants SELENE FINANCE LP and U.S. BANK TRUST NATIONAL ASSOCIATION,
24  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2
25  ACQUISITION TRUST (collectively "Defendants") at the hearing on Plaintiff's Motion for
26  Reconsideration, Motion for Stay of the Dismissal Pending Appeal, Motion Challenging
27  Jurisdiction, and Petition for Declaration of Due Process/Violation of First Amendment Rights (the
28  "Motions"), currently set for March 12, 2026, at 11:00 a.m. in Courtroom 9 - 19th Floor, of the U.S.

1  District Court, Northern District, hereby GRANTS Defendants' Request to Appear and ORDERS as
2  follows:
3       1.   Defendants' counsel to appear by Zoom and/or telephone at the hearing on Plaintiff's
4  Motions set for March 12, 2026;
5       2.   Defendants' counsel may appear by Zoom using the link and access code provided on
6  Judge Trina L. Thompson's requirements and procedures page found on the U.S. District Court -
7  Northern District of California website.
8
9  IT IS SO ORDERED:
10
11
12 DATED: _____      _____
                                        Judge Trina L. Thompson
13                                      United States District Court Judge